230

84 A.3d 1060

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert BARNETT, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 6, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 6th day of February 2014, the Petition for Allowance of Appeal is **GRANTED,** the Superior Court's decision is **VACATED,** and the matter is **REMANDED** to the common pleas court for further proceedings consistent with *Commonwealth v. Holmes,* 79 A.3d 562 (Pa.2013).